UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEE VARDAKAS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN DG ENERGY INC., JOHN HATSOPOULOS, GEORGE N. HATSOPOULOS, BENJAMIN LOCKE, CHARLES T. MAXWELL, DEANNE M. PETERSEN, CHRISTINE M. KLASKIN, JOHN ROWE, JOAN GIACINTI, ELIAS SAMARAS, TECOGEN INC., TECOGEN.ADGE ACQUISITION CORP., and CASSEL SALPETER & CO., LLC,<br><br>    Defendants. | Case No. 17cv10247 - MPK |

**MOTION OF LEE VARDAKAS AND WILLIAM CHASE MAY FOR APPOINTMENT OF LEAD PLAINTIFF, CO-LEAD COUNSEL AND CO-LIAISON COUNSEL**

Lee Vardakas ("Vardakas") and William Chase May ("May") (collectively, the "Movants"), upon the Declaration of Nathaniel L. Orenstein and the exhibits attached thereto, the following Memorandum of Law, and such other evidence as the Court may consider at a hearing on this motion, hereby moves this Court for an order: (i) appointing of May as Lead Plaintiff in the action; (ii) approving May's choice of Wolf Popper LLP and Monteverde & Associates, PC as Co-Lead Counsel, and Berman DeValerio and Block & Leviton LLP as Co-Liaison Counsel in the action; and (iii) granting such other and further relief as the Court may deem just and proper.

DATED:  April 21, 2017

**BERMAN DEVALERIO**

/s/ *Nathaniel L. Orenstein*
Norman Berman
Nathaniel L. Orenstein
One Liberty Square
Boston, MA  02109
Tel:  617-542-8300
Fax:  617-542-1194
Email:  nberman@bermandevalerio.com
             norenstein@bermandevalerio.com

Jason M. Leviton (BBO 678331)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
Email:  jason@blockesq.com

*[Proposed] Co-Liaison Counsel*

**WOLF POPPER LLP**
Carl L. Stine
Robert S. Plosky
845 Third Avenue
New York, New York 10022
Tel:  212-759-4600
Fax:  212-486-2093
Email: cstine@wolfpopper.com
         rplosky@wolfpopper.com

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
E-mail: jmonteverde@monteverdelaw.com

*Attorneys for Movants and [Proposed] Co-Lead Counsel*

**BRODSKY & SMITH, LLC**
Evan J. Smith

Marc L. Ackerman
Two Bala Plaza, Suite 510
Bala Cynwyd, PA  19004
Tel:  (610) 667-6200
E-mail:esmith@brodskysmith.com
          mackerman@brodskysmith.com

*Additional Attorneys for Movants*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Proposed Co-Lead Counsel for Lee Vardakas and William Chase May hereby certifies, pursuant to Local Rule 7.1(a)(2), that they conferred with counsel for Defendants in a good faith effort to resolve and narrow the issues presented in this stipulation.  Counsel for Defendants do not oppose this Motion.

Dated: April 21, 2017                    */s/ Nathaniel L. Orenstein*
                                          Nathaniel L. Orenstein

## CERTIFICATE OF SERVICE

I, Nathaniel L. Orenstein, certify that a true and correct copy of the foregoing was filed via the Live District CM/ECF System on April 21, 2017, which caused an electronic copy of same to be served automatically upon all counsel of record.

                                          */s/ Nathaniel L. Orenstein*
                                          Nathaniel L. Orenstein