UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- X
LEE VARDAKAS,                                                    :
                                                                 :
                              Plaintiff,                         :
                                                                 :
              -against-                                          :  Case No.  17-CV-10247 (LTS)
                                                                 :
AMERICAN DG ENERGY, INC., et al.,                                :
                                                                 :
                              Defendants.                        :
---------------------------------------------------------------- X

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants American DG Energy, Inc., John Hatsopoulos, George Hatsopoulos, Benjamin Locke, Charles Maxwell, Deanne Petersen, Christine Klaskin, John Rowe, Joan Giacinti, and Elias Samaras.

May 4, 2017                              Respectfully submitted,

                                         /s/ *Paul E. Summit*
                                         Paul E. Summit (BBO #488480)
                                         SULLIVAN & WORCESTER LLP
                                         One Post Office Square
                                         Boston, MA  02109
                                         Tel.  (617) 338-2800
                                         Fax  (617) 338-2880
                                         Email: psummit@sandw.com


## CERTIFICATE OF SERVICE

I, Paul E. Summit, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 4, 2017.

                                         /s/ *Paul E. Summit*
                                         Paul E. Summit

{B2062130}