UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LEE VARDAKAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN DG ENERGY INC., JOHN N. HATSOPOULOS, GEORGE N. HATSOPOULOS, et al.,<br><br>Defendants. | Civil No. 17-10247-LTS |

# JUDGMENT

November 16, 2018

SOROKIN, J.

Pursuant to the Court's March 2, 2018, Order, Doc. No. 55, judgment of dismissal enters as to Counts I and II.

Pursuant to the Court's November 16, 2018, Order, Doc. No. 101, judgment enters in favor of the Defendants as to Counts III, IV, and V.

Each side shall bear its own fees and costs.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge